E-FILED
Friday, 29 October, 2004  02:22:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

---

THIS DOCUMENT RELATES TO:

Law Firm of Cascino Vaughan Law Office, Ltd.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
PEORIA DIVISION

Robert Hayes
Case No. 93-1250

CIVIL ACTION NO. MDL 875



FILED
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## MOTION TO SUGGEST REMAND

NOW COMES Robert Hayes, by his attorney, Robert G. McCoy, and hereby moves this Honorable Court to suggest remand of his case to the U.S. District Court for the Central District of Illinois, Peoria Division for trial and states:

1. Robert Hayes is a restrictive asbestotic. His case was originally filed on July 6, 1993.

2. Plaintiff has voluntarily dismissed most of the defendants from the case and others are in the process of settling, leaving, Certainteed Corp., Coltec Industries, Uniroyal, Inc., and Westinghouse Electric Corp. as defendants.

WHEREFORE, Plaintiff prays this Honorable Court enter an order suggesting remand to the U.S. District Court for the Central District of Illinois, Peoria Division.

Respectfully submitted,

By: _____/s/ Robert G. McCoy_____
    Robert G. McCoy
    Attorney for Plaintiff

Date: __10/25/04__

Robert G. McCoy
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:

Law Firm of Cascino Vaughan Law Office, Ltd.

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS,
PEORIA DIVISION

Robert Hayes
Case No. 93-1250

CIVIL ACTION NO. MDL 875



FILED
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## NOTICE OF FILING MOTION FOR SUGGESTION OF REMAND

TAKE NOTICE that on October 25, 2004 the Plaintiff, by and through his attorneys, Cascino Vaughan Law Offices, Ltd., filed a Motion for Suggestion of Remand.

CASCINO VAUGHAN LAW OFFICES, LTD.

By: _____
Robert G. McCoy

Date: 10/25/04

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com

## SERVICE LIST
Hayes v. Anchor Packing Co., et al
1:93-cv-01250-CRW
Charles R. Weiner, presiding

**Attorneys for Plaintiff**
Robert McCoy
Michael Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago IL 60607
Phone: 312-944-0600
Fax: 312-944-1870
bmccoystaff@cvlo.com

**Attorneys for Certainteed Corp.**
Kent L. Plotner
Heyl, Royster Voelker & Allen
PO Box 647
Edwardsville, IL 62025
Phone: (618) 656-4646
Fax: (618) 656-7940

**Attorneys for Coltec Industries**
David B Mueller
Cassidy & Mueller
323 Commerce Bank Building
416 Main St.
Peoria, IL 61602
Phone: (309) 676-0591
Fax: (309) 676-8036

**Attorneys for Uniroyal, Inc.**
Brian S. Ebener
Hinshaw & Culbertson
110 N. West St.
Waukegan, IL 60085
Phone: (847) 249-0300
Fax: (847) 249-4755

**Attorneys for Westinghouse Electric Corp.**
P Terence Crebs
Daniel G Donahue
Mary Ann Hatch
Herzog Crebs LLP
One City Centre, 24th Fl.
515 N. Sixth St.
St. Louis, MO 63101
Phone: (314) 231-6700
Fax: (314) 231-4656